**EXHIBIT B**

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| Timothy C. Moore #M-39367, ) | |
| ) | Case No. 19-cv-3892 |
| Plaintiff, ) | |
| v. ) | Judge Sara L. Ellis |
| ) | |
| Walter Nicholson et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

**Supplemental Expert Report of Dr. Charles Z. Weingarten**

I. **Assignment**

I was asked by counsel for Mr. Timothy C. Moore to respond to certain of the disclosed opinions and deposition testimony of Defendants' retained expert witness, Dr. Robert Kern. The list of materials I reviewed is unchanged from my prior expert report, issued in February 2022, except for the addition of HRVA 1345-1432, which I understand are additional medical records produced pursuant to a subpoena issued after I had issued my report.

II. **Response to Dr. Kern**

Dr. Kern testified that certain tests Mr. Moore received at the University of Illinois – Chicago in the summer of 2021 prove that Mr. Moore is malingering regarding his hearing loss. He testified that "two objective tests"—one, otoacoustic emissions and, two, acoustic reflexes—show that Mr. Moore is 'lying" regarding his hearing loss.

While respecting Dr. Kern's opinion, I think the issue of "possible malingering" was addressed by the audiologist Nichole Suss, AuD as well as Dr. Weinreich. Further testing was recommended to assess Mr. Moore's hearing loss. The Stenger test which is designed to detect malingering was inconclusive. The OAE and Acoustic Reflex tests are not a measure of auditory thresholds per se. The OAE requires a minimum threshold to elicit a response at the frequencies it is detected, which is in the range of 30dB. The asymmetrical response noted by the audiologist indicates an asymmetrical hearing loss which is greater in the right ear given the lack of response in the lower frequencies. The correlation between frequency specific analysis of OAE and cochlear hearing loss is not documented to

1

fully describe auditory thresholds. Thus Mr. Moore does not in fact have normal hearing in both ears. In addition his acoustic reflexes are not normal as contralateral reflex is absent for the left ear and partially present for the right ear. Further testing is appropriate as stated by Dr. Weinreich and Nichole Suss, AuD, who both have more experience and expertise in the field of audiology than either Dr. Kern or me.

    I therefore disagree with Dr. Kern's testimony that these tests show Mr. Moore is "clearly lying." Kern Dep., Page 46. The records I have reviewed instead show that Mr. Moore *does* have asymmetrical hearing loss.

DATED: July 1, 2022

Dr. Charles Z. Weingarten